United States District Court
Southern District of Texas
**ENTERED**
January 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO: 4:19-cr-719-S1 |
| | § **UNDER SEAL** |
| JOHN DOE 2 | § |
| aka User Name "BAREJULIE" | § |

### ORDER FOR ISSUANCE OF BENCH WARRANT

A  **SUPERSEDING INDICTMENT**  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

JOHN DOE 2

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on January 16, 20 20.

_____
UNITED STATES MAGISTRATE JUDGE