UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:19–cr–00719
*SEALED*

John Doe 2

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Frances H Stacy

**PLACE:**

United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  3/3/2020

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Counsel Determination Hearing

Date:   March 2, 2020

David J. Bradley, Clerk